United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MICHAEL L. OVERTON, 071145-7, <br>          Plaintiff. | Case No. 20-cv-00097-CRB (PR) <br><br> **ORDER OF DISMISSAL** |

On January 3, 2020, the clerk filed as a new civil action a letter from plaintiff complaining of various issues at Atascadero State Hospital. The court notified plaintiff in writing at that time that the action was deficient because he did not file an actual complaint or pay the requisite $400.00 filing fee or, instead, submit a signed and completed in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice and the clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: February 14, 2020

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OVERTON,

        Plaintiff,

   v.

,

        Defendant.

Case No. 3:20-cv-00097-CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 14, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Louis Overton ID: C-47370
Atascadero State Hospital
P.O. Box 7001
Unit 30
Atascadero, CA 93423-7001

Dated: February 14, 2020

Susan Y. Soong
Clerk, United States District Court

By:_____
Lashanda Scott, Deputy Clerk to the
Honorable CHARLES R. BREYER